UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2922
_____

JEAN-PAUL WEG LLC, DBA The Wine Cellarage;
LARS NEUBOHN,

Appellants

v.

DIRECTOR OF THE NEW JERSEY
DIVISION OF ALCOHOLIC BEVERAGE CONTROL;
ATTORNEY GENERAL NEW JERSEY;

FEDWAY ASSOCIATES; ALLIED BEVERAGE GROUP
LLC; OPICI FAMILY DISTRIBUTING; NEW JERSEY
LIQUOR STORE ALLIANCE,

Intervenor-Defendants
_____

ORDER
_____

The opinion and judgment entered February 28, 2025 are hereby VACATED
having been issued in error.

For the Court,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk

Date: February 28, 2025

PSD/cc: All counsel of record